**Order entered July 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00247-CR

**CARSTEN HEDEMANN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-34917-R**

## ORDER

Before the Court is appellant's June 25, 2018 second motion for extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed within thirty days of the date of this order. If appellant's brief is not filed within thirty days of the date of this order, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     CRAIG STODDART
JUSTICE